| | | | |
|---|---|---|---|
| Ryan v. Sullivan | 112,293 | Denied 12/14/2015 | Unpublished |
| Scaife v. State | 111,319 | Denied 01/25/2016 | 51 Kan. App. 2d 577 |
| Sims v. State | 111,244 | Denied 02/09/2016 | Unpublished |
| Sphabmixay v. Rubbermaid, Inc. | 112,945 | Denied 02/18/2016 | Unpublished |
| Sroufe v. Palmer | 112,016 | Denied 12/14/2015 | Unpublished |
| State v. Al-Amin | 111,739 | Denied 12/14/2015 | Unpublished |
| State v. Anderson | 111,061 | Denied 02/09/2016 | Unpublished |
| State v. Anhorn | 111,903 | Denied 12/14/2015 | Unpublished |
| State v. Baker | 111,816 | | |
| | 111,817 | Denied 12/14/2015 | Unpublished |
| State v. Baker | 111,915 | Granted 02/18/2016 | Unpublished |
| State v. Bell | 111,265 | Denied 02/09/2016 | Unpublished |
| State v. Bennett | 111,362 | Denied 11/20/2015 | 51 Kan. App. 2d 356 |
| State v. Birmingham | 110,839 | Denied 12/17/2015 | Unpublished |
| State v. Boone | 110,836 | Denied 02/18/2016 | Unpublished |
| State v. Booth | 111,565 | Denied 12/14/2015 | Unpublished |
| State v. Briggs | 110,825 | Denied 12/17/2015 | Unpublished |
| State v. Brown | 111,161 | Denied 01/25/2016 | Unpublished |
| State v. Brown | 111,778 | Denied 12/14/2015 | Unpublished |
| State v. Brown | 110,234 | Denied 01/25/2016 | Unpublished |
| State v. Brunt | 111,402 | Denied 02/09/2016 | Unpublished |
| State v. Byers | 112,213 | Denied 12/14/2015 | Unpublished |
| State v. Camacho | 111,183 | | |
| | 111,184 | | |
| | 111,185 | | |
| | 111,186 | Denied 02/09/2016 | Unpublished |
| State v. Campbell | 111,471 | Denied 02/09/2016 | Unpublished |
| State v. Cash | 111,876 | Denied 02/18/2016 | Unpublished |
| State v. Castillo | 112,686 | Denied 12/14/2015 | Unpublished |
| State v. Chapman | 111,572 | Granted 01/25/2016 | Unpublished |
| State v. Cleverly | 111,282 | Granted 02/18/2016 | Unpublished |
| State v. Cousins | 112,497 | Denied 01/25/2016 | Unpublished |
| State v. Dale | 110,562 | Granted; vacated in part; remanded to Ct. of App. 02/05/2016 | Unpublished |
| State v. Davis | 111,155 | Denied 02/09/2016 | Unpublished |
| State v. Davis | 111,553 | Denied 02/09/2016 | Unpublished |
| State v. Davis | 109,032 | | |
| | 109,033 | Denied 02/09/2016 | Unpublished |
| State v. Davis | 111,902 | Denied 12/14/2015 | Unpublished |
| State v. Delpercio | 112,629 | Denied 02/09/2016 | Unpublished |
| State v. Denton | 111,085 | Denied 02/18/2016 | Unpublished |
| State v. Devaney | 110,866 | Denied 02/09/2016 | Unpublished |
| State v. Dillard | 111,123 | Denied 02/09/2016 | Unpublished |